IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:06 CV 0066 |
| ASH FINANCIAL HOLDINGS GROUP, INC., ASH BROKERAGE CORPORATION, TIMOTHY ASH, SUN LIFE ASSURANCE COMPANY OF CANADA and SUN LIFE ASSURANCE COMPANY OF CANADA (US), | ) ) ) ) ) ) | Judge Theresa Springmann |
| Defendants. | ) | |

## ORDER

After hearing and for good cause shown, the parties' Joint Motion For Extension Of Time To Complete Discovery And File Dispositive Motions is hereby GRANTED, in all respects except for the Dispositive Motions deadline which the Court sets as **November 15, 2007** with the agreement of counsel, and the schedule of pretrial events for this case is hereby modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Completed | Tuesday, May 01, 2007 | Monday, July 02, 2007 |
| Expert Reports Due (From Party With Burden) | Sunday, July 01, 2007 | Thursday, August 30, 2007 |
| Responsive Expert Reports Due | Wednesday, August 01, 2007 | Monday, October 01, 2007 |
| Rebuttal Expert Reports Due | Saturday, September 01, 2007 | Wednesday, October 31, 2007 |
| Expert Discovery Completed | Saturday, September 22, 2007 | Monday, November 19, 2007 |
| Dispositive Motions Filed | Sunday, September 30, 2007 | **November 15, 2007** |
| Pretrial Conference | Monday, May 05, 2008 | Same |
| Jury Trial Commencement Date | Tuesday, May 20, 2008 | Same |

S/ROGER B. COSBEY
Magistrate Judge
United States District Court

Dated: April 10, 2007.

1